| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 19-50372-mar<br>Eastern District of Michigan<br>Detroit<br>Wed Aug 14 13:12:02 EDT 2019 | CREDIT ACCEPTANCE<br>25505 W 12 MILE RD<br>SUITE 3000<br>SOUTHFIELD, MI 48034-8331 | Credit Acceptance<br>PO Box 5070<br>Southfield, MI 48086-5070 |
| Dedicated Commercial Recovery Inc.<br>1970 Oakcrest Ave #217<br>Saint Paul, MN 55113-2624 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Michigan Department of Treasury<br>Dept 77569<br>PO Box 77000<br>Detroit, MI 48277-0569 | Michigan Department of Treasury<br>PO Box 30199<br>Lansing, MI 48909-7699 | NPRTO Michigan, LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 |
| NPTRO Michigan LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 | State of Michigan Attorney General<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202-6030 | United States Attorney<br>211 W. Fort St., Ste. 2300<br>Detroit, MI 48226-3269 |
| United States Department of Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0002 | Warren Municipal Federal Credit Union<br>31300 Hoover Rd<br>Warren, MI 48093-1774 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Wells Fargo Home Mortgage<br>PO Box 14411<br>Des Moines, IA 50306-3411 | Krispen S. Carroll<br>719 Griswold<br>Suite 1100<br>Detroit, MI 48226-3314 | Leonard Miree Jr.<br>53200 Odilon<br>Shelby Township, MI 48316-2551 |
| Thomas Hensel Jr.<br>Hensel Law Office, PLLC<br>36250 Dequindre Rd.<br>Ste. 410<br>Sterling Heights, MI 48310-7143 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 330500, Stop 15
Detroit, MI 48232

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Warren Municipal Federal Credit Union    (u)Wells Fargo Bank, N.A.                    End of Label Matrix
                                                                                         Mailable recipients   18
                                                                                         Bypassed recipients    2
                                                                                         Total                 20